UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BCHAIN, LLC,

                Plaintiff,

v.

OBSIDIAN INTERNATIONAL, LLC; JARRETT PRESTON; TIMOTHY O'LEARY; and IDONEUS HOLDINGS LIMITED INCORPORATED,

                Defendants.

---

OBSIDIAN INTERNATIONAL, LLC; JARRETT PRESTON; TIMOTHY O'LEARY; and IDONEUS HOLDINGS LIMITED INCORPORATED,

                Counterclaimants and Third-Party Plaintiffs,

v.

BCHAIN, LLC d/b/a SWOPX,

                Counterclaim Defendants, and

ABBAS SHAH,

                Third-Party Defendant.

---

21-CV-03843 (TMR)

**ORDER AND NOTICE OF INITIAL CONFERENCE**

TIMOTHY M. REIF, Judge:

This case has been assigned to me for all purposes. It is hereby:

ORDERED that, in light of public health considerations, the Court will not be holding an initial pretrial conference.

IT IS FURTHER ORDERED that by September 24, 2021, the parties submit a joint letter, not to exceed three (3) pages, providing the following information in separate paragraphs:

1. A brief description of the nature of the action and the principal defenses thereto;

2. A brief explanation of why jurisdiction and venue lie in this Court. If any party is a corporation, the letter shall state both the place of incorporation and the principal place of business. If any party is a partnership, limited partnership, limited liability company or trust, the letter shall state the citizenship of each of the entity's members, shareholders, partners and/or trustees;

3. A brief description of all contemplated and/or outstanding motions;

4. A brief description of any discovery that has already taken place, and/or that which will be necessary for the parties to engage in meaningful settlement negotiations;

5. A brief description of prior settlement discussions (without disclosing the parties' offers or settlement positions) and the prospect of settlement;

6. The estimated length of trial; and

7. Any other information that the parties believe may assist the Court in advancing the case to settlement or trial, including, but not limited to, a description of any dispositive issue or novel issue raised by the case.

IT IS FURTHER ORDERED that the parties also jointly submit to the Court a proposed case management plan and scheduling order. A template for the order is available at https://www.cit.uscourts.gov/content/judge-timothy-m-reif. The joint letter and the proposed case management plan should be filed electronically on ECF, consistent with Section 13.1 of the Court's Electronic Case Filing (ECF) Rules & Instructions, available at https://nysd.uscourts.gov/rules/ecf-related-instructions.

SO ORDERED.

Dated:  September 17, 2021
        New York, New York

/s/ Timothy M. Reif
Timothy M. Reif
Judge
United States Court of International Trade
Sitting by Designation
United States District Court for the Southern District of New York