UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **BCHAIN, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**OBSIDIAN INTERNATIONAL, LLC; JARRETT PRESTON; TIMOTHY O'LEARY; AND IDONEUS HOLDINGS LIMITED INCORPORATED,**<br><br>Defendants.<br><hr><br>**OBSIDIAN INTERNATIONAL, LLC; JARRETT PRESTON; TIMOTHY O'LEARY; AND IDONEUS HOLDINGS LIMITED INCORPORATED,**<br><br>Counterclaimants and Third-Party Defendants,<br><br>v.<br><br>**BCHAIN, LLC d/b/a SWOPX**<br><br>Counterclaim Defendant, and<br><br>**ABBAS SHAH,**<br><br>Third-Party Defendant. | 21-CV-03843 (TMR)<br>**ORDER** |

Timothy M. Reif, Judge of the United States Court of International Trade:

      Pursuant to the court's Order dated August 30, 2022, parties in this case have been referred to mediation (Doc. 35). The first mediation conference of the parties was scheduled to be held November 14, 2022.

It is hereby **ORDERED** that parties of this case file a joint status report updating the court on mediation efforts and progress within thirty (30) days of this Order.

**SO ORDERED.**

Dated: November 15, 2022
      New York, New York

/s/      Timothy M. Reif
Timothy M. Reif, Judge
United States Court of International Trade
*Sitting by Designation*
United States District Court for the
Southern District of New York
