UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**BCHAIN, LLC,**

Plaintiff,

**v.**

**OBSIDIAN INTERNATIONAL, LLC; JARRETT PRESTON; TIMOTHY O'LEARY; AND IDONEUS HOLDINGS LIMITED INCORPORATED,**

Defendants.

---

**OBSIDIAN INTERNATIONAL, LLC; JARRETT PRESTON; TIMOTHY O'LEARY; AND IDONEUS HOLDINGS LIMITED INCORPORATED,**

Counterclaimants and Third-Party Defendants,

**v.**

**BCHAIN, LLC d/b/a SWOPX**

Counterclaim Defendant, and

**ABBAS SHAH,**

Third-Party Defendant.

21-CV-03843 (TMR)
<u>**ORDER**</u>

Timothy M. Reif, Judge, United States Court of International Trade:

      Pursuant to the court's Order dated August 30, 2022, the parties in this case were referred to mediation (Doc. 35).  On November 15, 2022, the court issued an Order requiring the parties to "file a joint status report updating the court on mediation efforts and progress" on or before December 15, 2022 (Doc. 36).  On November 21, 2022, the

court received the Final Report of the Mediator, which indicated that "the court-ordered mediation in this case was not held as parties represent[ed] that they have reached settlement on all issues" (Doc. 37).

Accordingly, it is hereby:

**ORDERED** that the parties file a joint status report on the status of settlement efforts with respect to this case within seven (7) days of this Order; and it is further

**ORDERED** that the parties are no longer required to file a joint status report "updating the court on mediation efforts and progress" pursuant to the court's Order of November 15, 2022 (Doc. 36).


**SO ORDERED.**


Dated: November 28, 2022
         New York, New York

<u>/s/      Timothy M. Reif</u>
Timothy M. Reif, Judge
United States Court of International Trade
*Sitting by Designation*
United States District Court for the
Southern District of New York